```
                                         ___X__ FILED    ____ LODGED
                                         _____ RECEIVED  ____ COPY

                                              JUL 21 2003

                                         CLERK U S DISTRICT COURT
                                           DISTRICT OF ARIZONA
                                         BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff. | ) )  CIV 03-1266-PHX-EHC |
| v. | ) )  O R D E R |
| WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC; and CHARLES POSNANSKI, | ) ) ) ) |
| Defendants. | ) ) |

The Court, being fully advised,

**IT IS SO ORDERED** that the Court recuses itself from further proceedings in the above-entitled case and the Clerk shall reassign it by random lot.

Dated this 17 day of July, 2003.

*Earl H. Carroll* (signature)
EARL H. CARROLL
United States District Judge



**UNITED STATES DISTRICT COURT**
District Of Arizona
OFFICE OF THE CLERK



# MEMORANDUM

TO:      All Counsel of Record     DATE:   July 21, 2003

FROM:    Clerk, U.S. District Court
         District of Arizona

RE:      Reassignment of Judge in CIV-03-1266-PHX-EHC


XXXXX    Pursuant to Local Rule 1.2(c), the above matter has been reassigned by lot to **Judge Paul G. Rosenblatt.** All future pleadings/papers in this matter should now list the following complete case number:

**CIV-03-1266-PHX-PGR**

_____   By order of the Court, the above matter has been reassigned to _____

_____        All future pleadings in this matter should now
list the            following complete case number:


**PLEASE CHANGE YOUR RECORDS ACCORDINGLY.**

                         RICHARD H. WEARE
                         DCE/Clerk of Court

                         By: _____
                             Deputy Clerk