```
                                    FILED    ____ LODGED
                              ____ RECEIVED  ____ COPY

                                   NOV 2 5 2003

                              CLERK U S DISTRICT COURT
                                DISTRICT OF ARIZONA
                              BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XL Specialty Insurance Co., | |
| Plaintiff, | CV 03-1266 PHX PGR |
| vs. | RECUSAL ORDER |
| William Gibney, et al., | |
| Defendants, | |

The undersigned Judge having determined that his recusal is warranted pursuant to 28 U.S.C. § 455(a) because of his friendship with one of the named defendants,

IT IS ORDERED that the Honorable Paul G. Rosenblatt recuses himself from this action and that this action is reassigned by automated random selection to the Honorable James A. Teilborg for all further proceedings.

IT IS FURTHER ORDERED that all future documents filed and/or served in this action shall be captioned with case number CV 03-1266 PHX JAT.

. . .



IT IS FURTHER ORDERED that the scheduling conference set for Monday, December 1, 2003, at 1:30 p.m. in Courtroom 601 is hereby vacated, to be reset, if necessary, by the reassigned Judge.

DATED this 24th day of November, 2003.

_____
Paul G. Rosenblatt
United States District Judge

- 2 -