```
                                                                    tb
                  United States District Court
                      for the District of Arizona
                         November 26, 2003
```

Minute Order

Case No. 2:03-cv-01266

Title:  XL Specialty Ins Co v. Gibney

---

DOCKET ENTRY

MINUTE ORDER

IT IS ORDERED resetting Rule 16 prel scheduling conf from 12/1/03 to 3:00 p.m., Monday 12/15/03 before Judge James A. Teilborg (Ctroom 503).

(cc: all counsel)                                          [15-2]

---

CASE ASSIGNED TO:
        Hon. James A Teilborg, Judge