tb

United States District Court
for the District of Arizona
December 5, 2003

Civil Minutes - General

Case No. 2:03-cv-01266

Title:  XL Specialty Ins Co v. Gibney

---

DOCKET ENTRY

MINUTE ORDER

On the Court's own motion,

IT IS ORDERED resetting Rule 16 prel scheduling conf from 3:00 p.m. to

10:00 a.m., Monday 12/15/03. (TIME CHANGE ONLY)

(cc: all counsel)

[16-2]

---

CASE ASSIGNED TO:
        Hon. James A Teilborg, Judge

