```
        __X__ FILED      _____ LODGED
        _____ RECEIVED   _____ COPY

              DEC 3 1 2003

        CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
        BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| XL Specialty Insurance Company, | ) | No. CV-03-1266-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| William Gibney; Gibney & Associates, P.L.C.; and Charles Posnanski, | ) | |
| Defendant. | ) | |

The court has received the parties' Stipulation to Extend Deadline to File Reply in Support of Motion to Dismiss (Doc. #21).

**IT IS ORDERED** that Defendants William Gibney and Gibney & Associates, P.L.C., shall have until January 15, 2004, to file their Reply.

DATED this 30th day of December, 2003.

James A. Teilborg
United States District Judge