# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | No. CIV03-1266 PHX PGR |
| Plaintiff, | |
| v. | ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS |
| WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC; and CHARLES POSNANSKI, | |
| Defendants. | |

Upon stipulation and good cause appearing,

IT IS HEREBY ORDERED extending the deadline by which Defendants William Gibney and Gibney & Associates, P.L.C. are to file their Reply in Support of Motion to Dismiss until January 15, 2004.

DATED this  5th  day of ~~December, 2003.~~ January, 2004

Hon. Paul G. Rosenblatt

Copies and envelopes provided for:

Donald Wilson, Jr.
BROENING OBERG WOODS WILSON & CASS
1122 East Jefferson Street
P. O. Box 20527
Phoenix, AZ 85036
Attorneys for Plaintiff

1  Kent S. Berk
   BERK & MOSKOWITZ, P.C.
2  5665 North Scottsdale Road, Suite F-100
   Scottsdale, Arizona 85250
3  Attorneys for Defendants William Gibney and
           Gibney & Associates, PLC
4

5  Don Schott
   Stacy Y. Hannert
6  QUARLES & BRADY STREICH LANG L.L.P.
   Renaissance One
7  Two N. Central Avenue
   Phoenix, AZ 85004-2391
8  Attorneys for Defendant Posnanski