tb

United States District Court
for the District of Arizona
January 7, 2004

Minute Order

Case No. 2:03-cv-01266

Title:  XL Specialty Ins Co v. Gibney

---

DOCKET ENTRY

MINUTE ORDER

This case was transferred to Judge Teilborg on 11/25/03.

Rule 16 Scheduling Conference having been held on 12/15/03 and deadlines set,

IT IS ORDERED vacating status hearing set for 1/12/04.

(cc: all counsel)                                                    [25-2]

---

CASE ASSIGNED TO:
        Hon. James A Teilborg, Judge

