FILED ___ LODGED
RECEIVED ___ COPY
JAN 12 2004
CLERK U S DISTRICT COURT
DISTRICT OF AR.

FILED ___ LODGED
RECEIVED ___ COPY
JAN 15 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| XL Specialty Insurance Company ) | CASE NO. CV-03-01266-PHX-JAT |
| ) | |
| Plaintiff(s)/Petitioner(s), ) | ORDER FOR ADMISSION OF |
| ) | ATTORNEY PRO HAC VICE |
| vs. William Gibney, Gibney & ) | |
| Associates, PLC; and Charles ) | |
| Posnanski ) | |
| ) | |
| Defendant(s)/Respondent(s) ) | |

Based upon the motion of __Donald K. Schott__ for admission to practice pro hac vice in this action on behalf of __Charles Posnanski__, and in accordance with Rule 1.5(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

/✓/   the motion of attorney for admission to practice pro hac vice is granted.

/_/   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this ___14___ day of ___Jan___, 2004.

UNITED STATES DISTRICT/ MAGISTRATE JUDGE

(Rev. 7/03)

27