FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 2 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z  DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 1 5 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | No. CIV03-1266 PHX PGR JAT |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC; and CHARLES POSNANSKI, | |
| Defendants. | |

Upon stipulation and good cause appearing,

IT IS HEREBY ORDERED extending the deadline by which Defendants William Gibney and Gibney & Associates, P.L.C. are to file their Reply in Support of Motion to Dismiss until January 30, 2004.

DATED this _13TH_ day of January, 2004.

_____
Hon. James A. Teilborg

Copies and envelopes provided for:

Donald Wilson, Jr.
BROENING OBERG WOODS WILSON & CASS
1122 East Jefferson Street
P. O. Box 20527
Phoenix, AZ 85036
Attorneys for Plaintiff

29