FILED _X_ LODGED
___ RECEIVED ___ COPY

JUN - 7 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

_X_ FILED ___ LODGED
_X_ RECEIVED ___ COPY

JUN 0 9 2004

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, ) | No. CIV03-1266 PHX JAT |
| Plaintiff, ) | |
| v. ) | **ORDER EXTENDING DISCOVERY DEADLINES** |
| WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC;, and CHARLES POSNANSKI, ) | |
| Defendants. ) | |

Upon stipulation ~~and good cause appearing,~~

IT IS HEREBY ORDERED extending the deadlines for the following discovery to the dates indicated herein:

Defendants' Expert Disclosures shall be made by August 10, 2004;

Rebuttal Expert Disclosures shall be made by September 7, 2004;

Discovery shall be completed by October 12, 2004;

Dispositive Motions shall be filed by November 16, 2004.

DATED this _____8th_____ day of June 2004.


Hon. James A. Teilborg