# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC; and CHARLES POSNANSKI,<br><br>    Defendants. | No. CIV03-1266 PHX JAT<br><br>**ORDER EXTENDING DISCOVERY DEADLINES** |

Upon stipulation ~~and good cause appearing,~~

IT IS HEREBY ORDERED extending the deadlines for the following discovery to the dates indicated herein:

Defendants' Expert Disclosures shall be made by December 8, 2004;

Rebuttal Expert Disclosures shall be made by January 5, 2005;

Discovery shall be completed by February 9, 2005;

Dispositive Motions shall be filed by March 16, 2005.

DATED this 26th day of July, 2004.

Hon. James A. Teilborg