

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GIBNEY; GIBNEY & ASSOCIATES, PLC; and CHARLES POSNANSKI,<br><br>Defendants. | No. CIV03-1266 PHX JAT<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Upon stipulation and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice. Each party shall bear their own fees and costs, but shall retain the right to recover their fees and costs incurred in connection with this matter in the event of and in the context of any new lawsuit involving, in whole or in part, the claims presented in this action. Furthermore, in the event of any new lawsuit involving, in whole or in part, the claims presented in this action, discovery, documents and disclosure statements exchanged in this lawsuit shall apply to and be able to be used in such new action without the need to re-serve any such items.

DATED this 4 day of FEB, 2005.

Hon. James A. Teilborg